ACCEPTED
01-15-00320-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 11:59:08 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00320-CV

**IN THE COURT OF APPEALS FOR THE FIRST JUDICIAL DISTRICT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 11:59:08 AM
CHRISTOPHER A. PRINE
Clerk

REVENEW INTERNATIONAL, LLC, Appellant,

vs.

PSC INDUSTRIAL OUTSOURCING, LP, Appellee.

On Appeal from the 281st Judicial District Court
Harris County, Texas
Trial Court Case No. 2013-59946

**APPELLEE'S OPPOSED MOTION
TO EXTEND TIME TO FILE MERITS BRIEF**

Todd W. Mensing
Adam Milasincic
Edward Goolsby
**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.**
1221 McKinney, Suite 3460
Houston, Texas  77010
Phone: (713) 655-1101
Fax: (713) 655-0062
*tmensing@azalaw.com*
*amilasincic@azalaw.com*
*egoolsby@azalaw.com*

**COUNSEL FOR APPELLEE**

1.  On April 15, 2015, Appellee PSC Industrial Outsourcing, LP ("PSC") moved for dismissal of this interlocutory appeal on the basis that the Court lacks jurisdiction under section 51.014(a)(6) of the Texas Civil Practice and Remedies Code. Appellant Revenew International, LLC ("Revenew") has responded to that motion, which remains pending.

2.  The current deadlines to file briefs on the merits for this appeal are as follows: (a) Appellant Revenew's brief is due Wednesday, May 13, 2015; and (b) Appellee PSC's brief is due Tuesday, June 2, 2015.

3.  If the Court agrees that it lacks jurisdiction over this appeal, briefing on the merits becomes unnecessary. In the interests of judicial economy and to avoid the unfair prejudice of having to prepare merits briefing for an appeal over which there is no jurisdiction, PSC therefore requests that the Court either (a) postpone the current deadlines for briefing on the merits and reset those deadlines, if at all, at such time after the Court has ruled on the jurisdictional issue or (b) extend the current deadlines for briefing on the merits for 60 days, such that appellant's brief would become due on Monday, July 13, 2015, and appellee's brief would become due on Monday, August 3, 2015. *See* Tex. R. App. P. 10.5(b)(1).

4.  No previous extensions have been granted in this appeal.

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.**

By: */s/ Todd W. Mensing*
Todd W. Mensing
Texas Bar No. 24013156
tmensing@azalaw.com
Adam Milasincic
Texas Bar No. 24079001
amilasincic@azalaw.com
Edward Goolsby
Texas Bar No. 24092436
egoolsby@azalaw.com
1221 McKinney, Suite 3460
Houston, Texas  77010
(713) 655-1101 – Phone
(713) 655-0062 – Fax

**ATTORNEYS FOR APPELLEE,
PSC INDUSTRIAL OUTSOURCING, LP**

## CERTIFICATE OF CONFERENCE

I certify that on April 24, 2015, I conferred by email with appellant's attorney, Lauren Harrison, regarding the relief sought in this motion, and Ms. Harrison stated that Revenew is opposed.

*/s/ Adam Milasincic*
Adam Milasincic

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the typeface and word-count requirements set forth in the Rules of Appellate Procedure. This Motion has been prepared, using Microsoft Word, in 14-point Times New Roman font for the text and 12-point Times New Roman font for any footnotes. This Motion contains 220 words, as determined by the word count feature of the word processing program used to prepare this document, excluding those portions of the notice exempted by TEX. R. APP. P. 9.4(i)(1).

*/s/ Todd W. Mensing*
Todd W. Mensing

## CERTIFICATE OF SERVICE

I certify that on April 28, 2015, a true and correct copy of the above and foregoing document was served upon the following counsel by electronic service through the state-provided EFSP Efile.txcourts.gov:

Lauren J. Harrison
Lara D. Pringle
JONES WALKER LLP
1001 Fannin Street, Suite 2450
Houston, TX 77002

*/s/ Todd W. Mensing*
Todd W. Mensing